EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re<br><br>Elías Arroyo Rivera | 2012 TSPR 29<br><br>184 DPR ____ |

Número del Caso: TS-12,938

Fecha: 10 de febrero de 2012

Abogada de la Parte Peticionaria:

      Lcda. Carmen I. Navas

Oficina de Inspección de Notarías:

      Lcda. Lourdes I. Quintana Lloréns
      Directora

Materia: Reinstalación al ejercicio de la abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Elías Arroyo Rivera                    TS-12,938

RESOLUCIÓN

San Juan, Puerto Rico, a 10 de febrero de 2012.

Examinada la *Moción Informativa Sobre Correcciones y Aprobación de la Obra Notarial Incautada* de la Directora de la Oficina de Inspección de Notarías y la moción titulada *"Petición de Reinstalación al Ejercicio de la Abogacía"*, se reinstala al Lcdo. Elías Arroyo Rivera al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Las Juezas Asociadas señoras Fiol Matta y Rodríguez Rodríguez y el Juez Asociado señor Rivera García no intervinieron.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo